**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LABORERS' PENSION FUND and ) | | |
| LABORERS' WELFARE FUND OF THE ) | | |
| HEALTH AND WELFARE DEPARTMENT ) | | |
| OF THE CONSTRUCTION AND GENERAL ) | | |
| LABORERS' DISTRICT COUNCIL OF ) | | |
| CHICAGO AND VICINITY, and JAMES S. ) | | |
| JORGENSEN, Administrator of the Funds, ) | | |
| Plaintiffs, ) | | |
| v. ) | Case No.: 10 C 2550 | |
| ) | | |
| RUANE CONSTRUCTION, INC., an Illinois ) | Magistrate Judge Cole | |
| corporation, and MARK RUANE, individually, ) | | |
| ) | | |
| Defendants. ) | | |

**MOTION FOR REVIVAL OF JUDGMENT**

Now come Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (hereinafter collectively referred to as the "Funds"), by and through their attorney, Patrick T. Wallace, and hereby move this Court to Revive its January 21, 2014 judgment. In support of this Motion, Plaintiffs state as follows:

1. On January 21, 2014 this Court entered a judgment in Plaintiffs' favor and against Defendants Ruane Construction, Inc, and Mark Ruane in the amount of $430,910.05.

2. A balance of $133,771.16 of the Court's January 21, 2014 judgment, plus post-judgment interest, remains due and owing. See Declaration of Patrick Wallace attached hereto as Exhibit A.

3. According to Rule 69(a)(1) of the Federal Rules of Civil Procedure, supplementary proceedings in federal court are governed by applicable state law of the state in which the federal court resides. *See also TDK Electronics Corp. v. Draiman*, 321 F.3d 677, 680 (7th Cir. 2003) and

*Guillen v. Southern Illinois Hospital Services, et al.*, 2013 LEXIS 37950 (S.D. Ill. 2013) (both applying Illinois state law to revival of federal judgments).

4.  Revival of judgments in Illinois is governed by 735 ILCS 5/2-1602(a), stating that a judgment may be revived by the filing of a petition to revive within 20 years after the entry of the judgment.

5.  Accordingly, the Funds request that the Court's Judgment Order of January 21, 2014 be revived.

WHEREFORE, Plaintiffs respectfully request that the Court's January 21, 2014 judgment against Defendants Ruane Construction., Inc, and Mark Ruane be revived.

Date:  September 8, 2020                         Respectfully submitted,

                                                 Laborers' Pension Fund, et al.


                                                 By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the foregoing Motion for Revival of Judgment to be served upon the following person via the Court's electronic notification system this 8th day of September, 2020.

Paul A. Brocksmith
paul@brocklaw.com
Brocksmith & Brocksmith
40 Skokie Boulevard, Suite 400
Skokie, IL 60062-1601

/s/ Patrick T. Wallace